# In the United States Court of Federal Claims

No. 99-197T

(Filed: April 21, 2005)

NEW DYNAMICS FOUNDATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Oral argument on defendant's cross motion for summary judgment will be held in this case on Monday, June 6, 2005, at 2:00 p.m. (EDT) in the United States Court of Federal Claims, National Courts Building, 717 Madison Place NW, Washington, DC 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge