# In the United States Court of Federal Claims

No. 99-197T

(Filed: June 6, 2005)

NEW DYNAMICS FOUNDATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On or before July 18, 2005, the parties shall each simultaneously file a single supplementary brief, not to exceed ten (10) pages in length, addressing the following issues:

1. What standard of review is to be applied by this court in determining whether declaratory judgment is appropriate in an action filed pursuant to 26 U.S.C. §7428.

2. Whether this court may, under 26 U.S.C. §7428, issue a declaratory judgment that plaintiff is tax-exempt as of a specified initial qualification date other than the date of plaintiff's initial application for tax exemption.

The court expects the parties to take definitive positions on these issues, supported by appropriate authorities.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge